1    *E-Filed: November 27, 2013*

2

3

4

5

6

7    NOT FOR CITATION

8    IN THE UNITED STATES DISTRICT COURT

9    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10   SAN JOSE DIVISION

11   RICK FUTIA,                                No. C12-05521 HRL

12        Plaintiff,                            **ORDER TERMINATING**
              v.                                **DEFENDANT'S MOTION FOR**
13                                              **INVOLUNTARY DISMISSAL**
     ANTHONY CIRONE, ET AL.,
14                                              **[Re: Docket No. 6]**
          Defendants.
15   _____/

16        Plaintiff Rick Futia sues Richard Cirone and six other defendants for alleged violations of

17   the Americans with Disabilities Act and related California law.  Futia filed the complaint in October

18   2012 and a summons for all defendants was issued the same day.  However, Futia purportedly did

19   not serve Cirone until September 2013, nearly one year later, and he has not served any of the

20   remaining six named defendants.  On October 21, 2013, Futia filed a Notice of Voluntary Dismissal.

21   Approximately 30 minutes later, Cirone filed the instant motion to dismiss with prejudice for failure

22   to prosecute.

23        "[T]he plaintiff may dismiss an action without a court order by filing: (i) a notice of

24   dismissal before the opposing party serves either an answer or a motion for summary judgment."

25   Fed. R. Civ. P. 41(a)(1)(A).  "Unless the notice . . . states otherwise, the dismissal is without

26   prejudice."  Fed. R. Civ. P. 41(a)(1)(B).  "This 'absolute right' for a plaintiff voluntarily to dismiss

27   an action when the defendant has not yet served an answer or a summary judgment motion leaves no

28   role for the court to play."  *Am. Soccer Co. v. Score First Enterprises*, 187 F.3d 1108, 1110 (9th Cir.

United States District Court
For the Northern District of California

1    1999). "The filing of a notice of voluntarily dismissal with the court automatically terminates the

2    action as to defendants who are the subjects of the notice. . . . Such a dismissal leaves the parties as

3    though no action had been brought." *Id.* (quoting *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th

4    Cir. 1997)).

5          Here, Futia filed a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)

6    before Cirone served either an answer or motion for summary judgment. Futia's notice operates

7    automatically to dismiss the action without prejudice upon filing. The Court does not have

8    jurisdiction to vacate or deny such a voluntary dismissal in order to decide Cirone's motion to

9    dismiss with prejudice for failure to prosecute. *See Am. Soccer Co.*, 187 F.3d at 1112 (concluding

10   that the district court was without jurisdiction to vacate the voluntary dismissal and rule on the

11   merits of the case). Accordingly, defendant's motion is terminated.

12         **IT IS SO ORDERED.**

13   Dated: November 27, 2013

14   _____
     HOWARD R. LLOYD
     UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2

**C12-05521 HRL** **Notice will be electronically mailed to:**

Justine Rose Lescroart     jxl@millermorton.com

Thomas Nelson Stewart , III     t_stew_3@yahoo.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

United States District Court
For the Northern District of California

3